UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUSTIN MAXNER,

    Plaintiff,

v.                                                             2:25-cv-476-JLB-NPM

AMERICAN CONTRACT SYSTEMS, INC, *et ano.*,

    Defendants.

## ORDER

The production of privileged or work-product protected information, documents, or electronically stored information ("ESI"), whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of information, documents, or ESI (including metadata) for relevance, responsiveness, or segregation of privileged or protected information before production.

**ORDERED** on August 7, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge