# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

JUSTIN MAXNER,

    **Plaintiff,**

**v.**                                  **CASE NO.:  2:25-CV-476-JLB-NPM**

AMERICAN CONTRACT SYSTEMS,
INC.,

    **Defendants.**

---

### AMENDED NOTICE OF RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a "Notice of Related Action" identifying and describing any related action – either pending or closed – in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Justin Maxner v Leesar, Inc./Case No.: 26-CA-779/Lee County, FL
Click or tap here to enter text.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

*/s/ Michael L Beckman*
_____

[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. 11(a)]

4/28/2026

2